UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALUSTIANO SANABRIA,

        Plaintiff,

-against-

ZADIG & VOLTAIRE-NEW YORK LLC et al.,

        Defendants.

---

19-CV-7814 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2019

<u>VERNON S. BRODERICK, United States District Judge:</u>

Plaintiff filed this action on August 20, 2019, (Doc. 1), and filed an affidavit of service on September 6, 2019, (Doc. 5). The deadline for Defendants to respond to Plaintiff's complaint was September 13, 2019. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 6, 2019. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 12, 2019
            New York, New York

*[signature]*
Vernon S. Broderick
United States District Judge