UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALUSTIANO SANABRIA,<br><br>       Plaintiff,<br><br>  v.<br><br>ZADIG & VOLTAIRE-NEW YORK LLC and ATLANTICO REALTY INC.,<br><br>       Defendants. | Case No.: 19-cv-7814<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT** |

    Pursuant to Fed. R. Civ. P. 7.1, ZV NY, Inc., states that it is owned 100% by Arteast, LLC, which is owned 100% by a foreign entity and that no publicly–held company owns 10% or more of its stock directly or indirectly.

                        Respectfully submitted,

Dated: February 7, 2019       **HAND BALDACHIN & ASSOCIATES LLP**

               By: /s/ Adam B. Michaels
                  Adam B. Michaels
                  8 West 40th Street, 12th Floor
                  New York, NY 10018
                  Tel: (212) 956-9508
                  Fax: (212) 376-6080
                  amichaels@hballp.com

                  *Attorneys for ZV NY, Inc.*