**SEKENDIZ LAW FIRM P.C.**
**Attorneys at Law**
**45 Broadway 1420**
**New York, New York 10006**
**(212) 380-8087**

2/14/2020

**Hon. Vernon S. Broderick**
**United States District Court Judge**
**United States District Court**
**Southern District of New York**
**Thurgood Marshall United States Courthouse**
**40 Foley Square, Room 415**
**New York, NY 10007**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/18/2020

The order to show cause hearing is adjourned sine die. Defendant's motion to set aside the Clerk's certificate of default, (Doc. 20), is GRANTED. The Clerk is respectfully directed to terminate the open motion at Document 20.

**Case Name:** Sanabria v. Zadig & Voltaire-New York LLC et al
**Case Number:** 1:19-cv-07814-VSB

Hon District Court Judge Broderick,

I represent the Plaintiff in this action. I am writing this letter to respectfully request from the Court to adjourn the scheduled Order to Show cause hearing *sine die*. The Order to Show case hearing is currently scheduled for February 28, 2020. The reason for the request is that I amended the complaint to add the correct defendant as indicated in ZV NY, INC's motion to set aside the default hearing.

This is Plaintiff's first application to adjourn the Order to show cause hearing date. Second motion to adjourn the hearing in general. The first application was granted.

I thank Your Honor for Your time and consideration.

Dated: New York, New York
2/14/2020

Respectfully Submitted,

___/Ismail S. Sekendiz/_____
Ismail S. Sekendiz (IS-0509)