UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SALUSTIANO SANABRIA, :
:
                   Plaintiff, :
:
     -against- :
:
ZADIG & VOLTAIRE-NEW YORK LLC :
ET AL., :
:
                 Defendant(s). :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2020

19-cv-7814 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I ordered the parties to file a status report by no later than October 9, 2020.  (Doc. 40).

That status report is overdue.  Accordingly, it is hereby:

    ORDERED that the parties shall submit a status report by no later than October 16, 2020.

SO ORDERED.

Dated: October 15, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge